# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GEIGER, INC.,
        Plaintiff,

    v.                                    Case No. 06-CV-205

GEIGER BROS.,
        Defendant.

## ORDER RETURNING CASE

This court conducted a settlement conference in this case on October 30, 2007. At the conclusion of the conference, the parties agreed to explore certain matters in a continuing effort to resolve this litigation. The parties were to report their progress to the court on November 26, 2007.

On that date, the court spoke with counsel for both parties by telephone and was advised that discussions were ongoing. A subsequent reporting date was established. In early January 2008, the court engaged in a series of ex parte conversations with counsel in order to facilitate their continuing settlement efforts. The most recent ex parte conference was held on February 1, 2008.

During these discussions with counsel, the court advised the parties that at some point, this matter would have to be returned to Judge Clevert so that pretrial processing could continue. The next scheduling event is to set a date for filing of dispositive motions; according to an earlier scheduling order of Judge Clevert, any such motions were to be filed no later than 45 days after the case was returned from mediation.

This court encourages the parties to continue pursuing their efforts and stands ready to assist in those efforts if needed. However, in the opinion of this court, the settlement discussions appear to have reached an impasse, so it is now time to return the case to Judge Clevert.

ACCORDINGLY,

IT IS ORDERED that the case is returned to the Honorable Charles N. Clevert, Jr. for further proceedings.

Dated at Milwaukee, Wisconsin, this 22nd day of February, 2008.

BY THE COURT:

s/AARON E. GOODSTEIN
United States Magistrate Judge